190 P.3d 868

# SUPREME COURT OF HAWAIʻI

| State v. Heggland | 27755 | 08/22/2008 | Denied | 118 Hawaiʻi 425, 193 P.3d 341 |
|---|---|---|---|---|